NUMBER 13-96-00637-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

SANTIAGO "JIMMY" ALANIZ, Appellant,


v.




EDUARDO J. GARCIA AND FRANK S. LOPEZ, Appellees.

_____________________________________________________________


On appeal from the 156th District Court of Bee County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Benavides


Memorandum Opinion Per Curiam


 This appeal was abated by this Court on December 18, 1997, due to the bankruptcy
of one of the parties to this appeal. See 11 U.S.C. § 362; see generally Tex. R. App. P.
8. Since the abatement there has been no activity in this appeal. On April 16, 2009, the
Court ordered the parties to file an advisory regarding the status of the appeal and, if
applicable, a motion to reinstate the appeal or a motion to dismiss the appeal. The order 
notified the parties that failure to respond to the order would result in reinstatement and
dismissal of the appeal for want of prosecution. 

 Appellant filed a motion to reinstate the appeal stating that it "is believed that all
proceedings in said bankruptcy case have been concluded." Appellee filed a motion to
dismiss the appeal stating that all relevant documents and records have been destroyed
and cannot, at this late date, be reconstructed. Appellee obtained a record indicating
Appellant was discharged in bankruptcy on February 9, 1998.

 This case was abated on December 18, 1997. The order abating appeal states the
appeal may be reinstated on motion by any party showing that the stay has been lifted, and
specifying what further action, if any, is required from the Court. Appellant took no action
in this case for over eleven years after the case was abated and appellant was discharged
in bankruptcy.

 The Court, having considered the documents on file and appellant's motion to
reinstate appeal is of the opinion that the motion to reinstate should be DENIED and
appellee's motion to dismiss the appeal is GRANTED. We hereby dismiss the appeal for
want of prosecution. See Tex. R. App. P. 42.3(b). 

 PER CURIAM

Memorandum Opinion delivered and

filed this the 18th day of June, 2009.